DAYTON BAR ASSOCIATION *v.* BART.

[Cite as *Dayton Bar Assn. v. Bart* (1997), 80 Ohio St.3d 538.]

(No. 97–1747—Submitted October 7, 1997—Decided December 31, 1997.)

*Richard H. Hammond,* for relator.

*Gary Leppla,* for respondent.

**Per Curiam.** We adopt the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law for one year, with credit for the time served during his interim suspension which commenced on November 26, 1996. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.